IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02437-RPM

PETROCHEM INSULATION, INC.,

        Plaintiff,

v.

LARRY G. GREEN and
JEFFERY GREEN,

        Defendants,

_____

## STAY ORDER
_____

Pursuant to the stipulation (Doc. #7), filed on January 9, 2006, it is

ORDERED that proceedings are stayed until further order of this Court and it is

FURTHER ORDERED that counsel shall file a status report by April 10, 2006.

DATED: January 10, 2006

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge