IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02437-RPM

PETROCHEM INSULATION, INC.,

        Plaintiff,

v.

LARRY G. GREEN and
JEFFERY GREEN,

        Defendants,
_____

ORDER FOR STATUS REPORT
_____

On January 10, 2006, this Court entered a Stay Order and directed counsel to file a status report by April 10, 2006. On April 6, 2006, the parties filed a Status Report Regarding Mediation. Nothing further has been filed. It is therefore

ORDERED that counsel shall file a status report with this Court by March 26, 2007.

DATED: March 16th, 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge