IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02437-RPM

PETROCHEM INSULATION, INC.,

        Plaintiff,

v.

LARRY G. GREEN and
JEFFERY GREEN,

        Defendants,
_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation to Dismiss All Claims with Prejudice [17], filed on April 22, 2008, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own fees and costs.

DATED: April 22nd, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge